FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAR 19 PM 1:09
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | * |
| Plaintiff, | * |
| v. | * CV 618-013 |
| SHERIFF KYLE SAPP, | * |
| Defendant. | * |

**O R D E R**

Presently before the Court are *pro se* Petitioner Waseem Daker's motion for leave to appeal *in forma pauperis* ("IFP") and to exceed page and word limitations (Doc. 25) and motion for extension of time to file motion to appeal IFP (Doc. 26). Also before the Court is an Order from the Eleventh Circuit remanding the case to determine whether a certificate of appealability should issue.[1] (Doc. 28.) For the following reasons, Petitioner's motions are denied.

In its Order adopting the United States Magistrate Judge's Report and Recommendation, the Court denied Petitioner leave to appeal IFP. Accordingly, **IT IS HEREBY ORDERED** that Petitioner's motion to proceed IFP on appeal and to exceed page and word limitations (Doc.

---

[1] Petitioner filed a notice of appeal on November 22, 2019 without having been issued a certificate of appealability. See 28 U.S.C. § 2253; Fed. R. App. P. 22(b) (stating that appeals from a final order in a 28 U.S.C. § 2241 proceeding may not be taken without a certificate of appealability).

25) and motion for extension of time to file appeal IFP (Doc. 26) are **DENIED AS MOOT**.

The Eleventh Circuit's Order remanding the case to this Court stems from Petitioner's notice of appeal (Doc. 17) of the Order adopting the Report and Recommendations dismissing his petition (Doc. 14). A certificate may issue only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "At the [certificate of appealability] stage, the only question is whether the applicant has shown that 'jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" Buck v. Davis, 137 S. Ct. 759, 773 (2017) (quoting Miller-El v. Cockrell, 537 U.S. 322, 327 (2003)). As demonstrated by the Magistrate Judge's Report and Recommendation, which was adopted as the opinion of this Court, Petitioner has not made the requisite showing. Thus, a certificate of appealability is **HEREBY DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 19th day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA